BERTHA SCHACHTER, as Administratrix, etc., of ARTHUR W. SCHACHTER, Respondent, v. THE NEW YORK CENTRAL RAILROAD COMPANY, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Carswell, Scudder and Davis, JJ.

JULIA STAFFORD, Appellant, v. TODD SHIPYARDS CORPORATION, Respondent, and ANDREW LUNDRIGAN, Defendant.— Order granting motion for leave to serve an amended answer reversed on the law and the facts, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. In our opinion, the respondent was guilty of gross laches in making this motion, and its granting was, therefore, an abuse of discretion. (Luback v. Hirsch, 232 App. Div. 691.) Young, Tompkins and Davis, JJ., concur; Lazansky, P. J., and Kapper, J., dissent.

SARAH TARLOFF, an Infant, by SOLOMON TARLOFF, Her Guardian ad Litem, Amended to Read SARAH SELTZER, Appellant, v. CHEVRA TORA ANSHEI RADI-SKOWITZ, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Hagarty, Scudder and Davis, JJ.

TITLE GUARANTEE AND TRUST COMPANY, Respondent, v. BETTY S. LESCHZINER, Formerly Known as BETTY MORRISON, and Others, Defendants, Impleaded with CHARLES C. SCHMITT and Another, as Trustees, etc., of AMALIA WACKAROW TRUST, and Another, Appellants. GEORGE H. BEAUBIAN, Receiver, Respondent. — Order of the County Court of Nassau county denying motion for leave to intervene and for other relief affirmed, with ten dollars costs and disbursements. No opinion. Young, Hagarty, Carswell, Scudder and Davis, JJ., concur.